

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

| | |
|---|---|
| CCC | *United States Attorney's Office* |
| 2009R01859 | *610 Federal Plaza* |
| Discovery letter 10.wpd | *Central Islip, New York 11722-4454* |

May 18, 2011

**VIA ECF ONLY**

Glen Obedin, Esq.
Courthouse Corporate Center
320 Carleton Avenue, Suite 4200
Central Islip, New York 11722

Richard Haley, Esq.
Haley Weinblatt & Calcagni, LLP
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749

Richard A. Miller, Esq.
Miller & Skubik, LLP
356 Veterans Memorial Highway, Suite 8 North
Commack, New York 11725

Steven E. Losquadro, P.C.
649 Route 25A, Suite 4
Rocky Point, New York 11778

Tracey Gaffey, Esq.
Federal Defenders of New York
770 Federal Plaza
Central Islip, New York 11722

John Wallenstein, Esq.
1100 Franklin Avenue
Suite 100
Garden City, New York 11530

Robert L. Moore, Esq.
Quesada & Moore, LLP
128 Avon Place
West Hempstead, New York 11552

Alan M. Nelson, Esq.
3500 Marcus Avenue, Suite 1E5
Lake Success, New York 11042

2

Terrence P. Buckley, Esq.
356 Veterans Memorial Highway, Suite 8N
Commack, New York 11725

Edward P. Jenks, Esq.
332 Willis Avenue
Mineola, New York 11501

Joseph W. Ryan, Esq.
225 Old Country Road
Melville, New York 11747

Sally Butler, Esq.
42-04 Bell Boulevard
Suite 302
Bayside, New York 11361

Maureen S. Hoerger, Esq.
Perini & Hoerger
1770 Motor Parkway, Suite 300
Hauppague, New York 11749

Leonard Lato, Esq.
Lato & Baker
320 Carleton Avenue, Suite 4200
Central Islip, New York 11722

John Carman, Esq.
666 Old Country Road
Garden City, New York 11530

       Re:  United States v. John Ebeling, et al.
           Criminal Docket No. 10-696 (S-2)(JS)

Dear Counsel:

    Enclosed is an index for the recordings in the above-referenced case.  The index is organized by count and includes the defendant(s) who were present for the recorded conversation in addition to the pinpoint location (<u>i.e.</u>, the exact hour and minute) containing the incriminatory statements.  This index does not preclude the government from playing other recordings at trial.  Nor is it a representation that the government will play each of these recordings at trial.  The government's review of the recordings is an ongoing process that will continue until trial.  Accordingly, the government reserves the right to add to,

3

subtract from or otherwise modify the enclosed index.

If you have any questions, feel free to call me.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        UNITED STATES ATTORNEY

                                          /S/

                   By: _____
                         James M. Miskiewicz
                         Christopher C. Caffarone
                         Assistant U. S. Attorneys
                         631-715-7841/7868

Enclosure

cc:  The Hon. Joanna Seybert (via ECF and Hand)