| Count(s) | ES # | Ses. # | Start time | End time | Topics discussed | Who's there? |
|---|---|---|---|---|---|---|
| 1 & 16 | E-46 | Ses. 1 | 10:48 | 10:55 | Extortion of John Doe 1<br><br>Firearms<br><br>Misc. violence | K. VAN DIVER |
|  | E-101 | Ses. 5 | 01:33 | 01:55 | Extortion of John Doe 1<br><br>Firearms | EBELING, FOWLER |
|  | E-101 | Ses. 5 | 02:12 | 02:13 | Extortion of John Doe 1<br><br>I/S Transportation of John Doe 1's Motorcycle | EBELING, FOWLER |
|  | E-101 | Ses. 5 | 02:21 | 02:22 | Extortion of John Doe 1<br><br>I/S Transportation of John Doe 1's Motorcycle | EBELING, FOWLER |
|  | E-101 | Ses. 10 | 00:06 | 00:07 | Extortion of John Doe 1<br><br>I/S Transportation of John Doe 1's Motorcycle | FOWLER |
|  | E-141 | Ses. 4 | 01:56 | 01:57 | Extortion of John Doe 1<br><br>I/S Transportation of John Doe 1's Motorcycle | EBELING |
| 2 (FIP) | N/A |  |  |  |  |  |
| 3 & 40 | E-63B | Ses. 5 | 00:34:00 | 01:12:00 | Murder Conspiracy | EBELING, BLAIR, K. VAN DIVER, LAHEY, YOUMANS, DAVIS III |

| | E-64 | Ses. 5 | 00:22 | 00:23 | Murder Conspiracy | EBELING, DAVIS III |
|---|---|---|---|---|---|---|
| | E-64 | Ses. 5 | 00:27 | 00:33 | Murder Conspiracy | EBELING, DAVIS III |
| | E-64 | Ses. 5 | 00:37 | 00:40 | Murder Conspiracy | EBELING, DAVIS III |
| | E-64 | Ses. 5 | 00:54 | 00:56 | Murder Conspiracy | EBELING, DAVIS III |
| | E-64 | Ses. 5 | 01:02 | 01:04 | Murder Conspiracy | EBELING, DAVIS III |
| | E-64 | Ses. 5 | 01:58 | 02:04 | Murder Conspiracy<br><br>Firearms | EBELING, DAVIS III |
| | E-64 | Ses. 5 | 02:16 | 02:30 | Murder Conspiracy | EBELING, DAVIS III |
| | E-64 | Ses. 6 | 03:54 | 03:58 | Murder Conspiracy | EBELING, DAVIS III |
| | E-64 | Ses. 6 | 04:01 | 04:16 | Murder Conspiracy | EBELING, DAVIS III |
| | E-68 | Ses. 2 | 10:18 | 11:08 | Murder Conspiracy | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| | E-69B | Ses. 5 | 23:41 | 01:16 | Murder Conspiracy | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| | E-73 | Ses. 3 | 14:17 | 14:24 | Murder Conspiracy | BLAIR, DAVIS III |
| | E-73 | Ses. 4 | 17:23 | 17:30 | Hell's Angels talk<br><br>Misc. statements | BLAIR, DAVIS III, T. VAN DIVER |

| | E-73 | Ses. 4 | 17:44 | 17:52 | Hell's Angels talk<br><br>Murder Conspiracy<br><br>Misc. statements | BLAIR,<br>DAVIS III,<br>T. VAN DIVER |
|---|---|---|---|---|---|---|
| | E-74 | Ses. 5 | 09:50 | 10:05 | Hell's Angels talk<br><br>West Virginia indictment | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-102 | Ses. 1 | 17:25 | 17:34 | Hell's Angels talk<br><br>Firearms | EBELING |
| | E-102 | Ses. 2 | 13:10 | 13:13 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-103 | Ses. 3 | 13:54 | 14:07 | Hell's Angels Talk<br><br>Firearms | BLAIR |
| | E-103 | Ses. 3 | 14:10 | 14:13 | Murder Conspiracy | BLAIR |
| | E-103 | Ses. 6 | 13:01 | 13:03 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-103 | Ses. 6 | 13:15 | 13:22 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-103 | Ses. 6 | 13:29 | 14:00 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-103 | Ses. 5 | 17:22 | 17:28 | Hell's Angels talk | EBELING |

3

| | E-106A2 | Ses. 2 | 14:27 | 14:35 | Hell's Angels talk<br><br>Misc. club<br><br><br>West Virginia indictment | BLAIR |
|---|---|---|---|---|---|---|
| | E-110 | Ses. 7 | 21:41 | 21:42 | Hell's Angels talk | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-110 | Ses. 9 | 11:37 | 11:46 | Hell's Angels talk<br><br>Murder Conspiracy<br><br>Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-115 | Ses. 2 | 01:15 | 01:17 | Hell's Angels talk<br><br>Firearms | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-115 | Ses. 10 | 22:21 | 22:23 | Murder Conspiracy | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>LAHEY,<br>YOUMANS |
| | E-115 | Ses. 10 | 22:46 | 23:01 | Murder Conspiracy | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>LAHEY,<br>YOUMANS |
| | E-116 | Ses. 1 | 21:17 | 21:22 | Hell's Angels talk<br><br>Misc. club | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>TARRATS |

| | E-136A | MPEG 4 | 13:45 | 14:14 | Murder Conspiracy<br><br>Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
|---|---|---|---|---|---|---|
| | E-136A | MPEG 5 | 14:14 | 14:35 | Murder Conspiracy<br><br>Firearms<br><br>Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-137 | Ses. 3 | 21:15 | 21:17 | Hell's Angels talk<br><br>Misc. violence | BLAIR |
| | E-139 | Ses. 2 | 14:47 | 14:49 | Hell's Angels talk | EBELING,<br>BLAIR |
| | E-139 | Ses. 10 | 13:52 | 13:58 | Hell's Angels talk | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-141 | Ses. 6 | 19:58 | 20:06 | Hell's Angels talk | EBELING,<br>BLAIR |
| | E-145 | Ses. 11 | 20:23 | 22:04 | Hell's Angels talk<br><br>Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI |
| | E-147 | Ses. 3 | 14:47 | 14:57 | Hell's Angels talk<br><br>Misc. club | BLAIR |
| | E-147 | Ses. 3 | 15:08 | 15:16 | Hell's Angels talk<br><br>Misc. club | BLAIR |

| | E-147 | Ses. 6 | 19:26 | 19:36 | Hell's Angels talk<br><br>Firearms | BLAIR,<br>EBELING,<br>K. VAN DIVER,<br>DAVIS III<br>POPELASKI |
|---|---|---|---|---|---|---|
| | E-147 | Ses. 6 | 21:21 | 21:25 | Hell's Angels talk | BLAIR,<br>EBELING,<br>K. VAN DIVER,<br>DAVIS III,<br>POPELASKI,<br>LAHEY |
| | E-148 | Ses. 1 | 19:17 | 19:20 | Hell's Angels talk | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>DAVIS III,<br>POPELASKI |
| | E-148 | Ses. 1 | 20:55 | 20:59 | Hell's Angels talk | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>DAVIS III,<br>POPELASKI |
| | E-148 | Ses. 1 | 21:09 | 21:12 | Hell's Angels talk<br><br>Misc. club | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>DAVIS III,<br>POPELASKI |
| | E-148 | Ses. 11 | 19:38 | 20:08 | Hell's Angels talk<br><br>Murder Conspiracy<br><br>Firearms<br><br>Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI |

| | E-152 | Ses. 1 | 16:05 | 16:11 | Hell's Angels talk<br><br>Misc. club<br><br>Misc. violence | BLAIR |
|---|---|---|---|---|---|---|
| | E-156 | Ses. 3 | 19:14:13 | 19:42:47 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI |
| | E-156 | Ses. 4 | 20:55:28 | 21:24:07 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI |
| | E-156 | Ses. 5 | 21:43:53 | 22:30:56 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI,<br>LEGG,<br>LEONARDIS |
| | E-156 | Ses. 6 | 22:30:56 | 23:49:58 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI,<br>LEGG,<br>LEONARDIS |
| | E-156 | Ses. 7 | 01:33:20 | 03:07:00 | Murder Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI,<br>LEGG,<br>LEONARDIS,<br>T. VAN DIVER |

| | E-156 | Ses. 8 | 10:21:00 | 10:30:00 | Murder Conspiracy | BLAIR, T. VAN DIVER, EBELING |
|---|---|---|---|---|---|---|
| | E-156 | Ses. 13 | 11:18:35 | 11:20:30 | Murder Conspiracy | UPDEGRAVE, POPELASKI |
| | E-156 | Ses. 13 | 11:39:30 | 11:46:00 | Murder Conspiracy | CUEVAS |
| | E-160 | Ses. 1 | 10:12 | 10:36 | Murder Conspiracy  Firearms  Misc. club | EBELING, BLAIR, POPELASKI, DAVIS III |
| 4 & 5 | E-64 | Ses. 2 | 19:52:00 | 19:54:00 | Drugs | SAMBORSKI |
| | E-64 | Ses. 3 | 22:50:30 | 22:53:00 | Drugs | SAMBORSKI |
| | E-63A, B and C | | | | Drugs | SAMBORSKI |
| 6 (FIP) | N/A | | | | | |
| 7 & 15 | E-70 | Ses. 4 | 12:49 | 13:04 | Firearms | EBELING, DAVIS III, K. VAN DIVER |
| | E-94 | Ses. 10 | 10:42 | 12:31 | Making a firearm | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| 8 & 9 | E-86 | Ses. 8 | 22:23 | 22:30 | John Doe 2 Assault | EBELING, K. VAN DIVER, DAVIS III |
| | E-86 | Ses. 9 | 00:00 | 00:04 (end) | John Doe 2 Assault | EBELING, K. VAN DIVER |
| | E-87 | Ses. 10 | 00:25 | 00:43 | John Doe 2 Assault | EBELING, DAVIS III, K. VAN DIVER |
| | E-87 | Ses. 11 | 02:04:45 | 02:05:30 | John Doe 2 Assault | K. VAN DIVER |

| | E-87 | Ses. 11 | 02:10:30 | 02:11:30 | John Doe 2 Assault<br><br>Firearms | K. VAN DIVER |
|---|---|---|---|---|---|---|
| | E-115 | Ses. 5 | 15:57 | 16:00 | Drugs<br><br>John Doe 2 Assault | K. VAN DIVER |
| 10 | E-70 | Ses. 3 | 09:54 | 10:59 | Grenade<br><br>Firearms<br><br>Misc. violence | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-75 | Ses. 1 | 17:45 | 19:50 | Grenade | DAVIS III |
| | E-85 | Ses. 1 | 17:06 | 17:07 | Grenade | DAVIS III |
| | E-85 | Ses. 2 | 17:03 | 17:07 | Grenade | DAVIS III |
| | E-111B | n/a | Whole 5 min. | Call | Grenade | DAVIS III |
| | E-112 | Ses. 1 | 17:19 | 17:21 | Grenade | DAVIS III |
| 11 & 12 | E-89 | Ses. 10 | 00:49:18 | 01:01:00 | Wellington Assault | FOWLER,<br>DEKKER,<br>RAY. HAMILTON |
| | E-89 | Ses. 11 | 01:19:00 | 01:58:00 | Wellington Assault | FOWLER,<br>DEKKER,<br>RAY. HAMILTON,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | Item 31<br>(video) | | Entire video | | Wellington Assault | EBELING,<br>FOWLER,<br>DEKKER,<br>RAY. HAMILTON,<br>BLAIR,<br>K. VAN DIVER |

| | E-145 | Ses. 1 | 16:48 | 17:03 | Ohio Assault | EBELING, BLAIR |
| | | | | | Hell's Angels talk | |
| | | | | | Wellington Assault | |
| | | | | | misc. club | |
| | E-147 | Ses. 3 | 14:02 | 14:06 | Swan Lake Assault | BLAIR |
| | | | | | Wellington Assault | |
| | | | | | Ohio Assault | |
| 13 & 14 | E-94 | Ses. 10 | Entire recording | | Firearms | K. VAN DIVER |
| 17 (FIP) | N/A | | | | | |
| 18 | E-135 | Ses. 14 | 13:54 | 13:56 | John Doe 4 Assault | BLAIR, K. VAN DIVER, LAHEY |
| | E-102 | Ses. 1 | 16:52 | 17:11 | John Doe 4 Assault | EBELING |
| | E-102 | Ses. 1 | 17:14 | 17:18 | John Doe 4 Assault | EBELING |
| | E-103 | Ses. 6 | 12:53 | 12:59 | John Doe 4 Assault | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| | E-114 | Ses. 2 | 15:37 | 15:42 | Drugs | K. VAN DIVER |
| | | | | | John Doe 4 Assault | |
| | E-115 | Ses. 2 | 01:20 | 01:30 | Misc. Pagan's talk | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| | | | | | John Doe 4 Assault | |

| | E-115 | Ses. 5 | 15:57 | 16:00 | Drugs<br>John Doe 2 Assault<br><br>John Doe 4 Assault | K. VAN DIVER |
|---|---|---|---|---|---|---|
| 19 & 20 | E-102 | Ses. 2 | 11:24 | 11:28 | John Doe 5 Assault<br>Conspiracy | EBELING,<br>BLAIR |
| | E-102 | Ses. 2 | 12:52 | 12:53 | John Doe 5 Assault<br>Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-102 | Ses. 3 | 13:40 | 13:42 | John Doe 5 Assault<br>Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-102 | Ses. 4 | 14:04 | 14:34 | John Doe 5 Assault<br>Conspiracy | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-103 | Ses. 3 | 15:03 | 15:04 | John Doe 5 Assault<br>Conspiracy | BLAIR |
| 21 | E-103 | Ses. 7 | 14:45 | 14:55 | Drugs | K. VAN DIVER |
| 22 & 23 | E-114 | Ses. 2 | 15:37 | 15:42 | Drugs<br><br>John Doe 4 Assault | K. VAN DIVER |
| | E-114 | Ses. 6 | 20:46 | 20:55 | Drugs | K. VAN DIVER |
| | E-114 | Ses. 7 | 20:55 | 20:59 | Drugs | K. VAN DIVER |
| | E-114 | Ses. 7 | 21:08 | 21:11 | Drugs | K. VAN DIVER |
| | E-115 | Ses. 5 | 15:28 | 15:32 | Drugs | K. VAN DIVER |
| | E-115 | Ses. 5 | 15:57 | 16:00 | Drugs<br><br>John Doe 2 Assault<br><br>John Doe 4 Assault | K. VAN DIVER |

| | E-115 | Ses. 5 | 16:10:00 | 16:11:30 | Drugs | K. VAN DIVER |
|---|---|---|---|---|---|---|
| | E-115 | Ses. 7 | 20:59 | 21:02 | Drugs | K. VAN DIVER |
| | E-115 | Ses. 8 | 22:19 | 22:34 | Drugs | K. VAN DIVER |
| | E-116 | Ses. 1 | 21:03 | 21:05 | Drugs | EBELING, BLAIR, K. VAN DIVER, TARRATS |
| | E-116 | Ses. 1 | 22:20 | 22:22 | Drugs | EBELING, BLAIR, K. VAN DIVER, TARRATS, LAHEY, YOUMANS |
| | E-116 | Ses. 1 | 22:26 | 22:26 | Drugs | EBELING, BLAIR, K. VAN DIVER, TARRATS, LAHEY, YOUMANS |
| | E-116 | Ses. 2 | 23:27 | 23:28 | Drugs | K. VAN DIVER |
| | E-116 | Ses. 4 | 09:35 | 09:36 | Drugs | K. VAN DIVER |
| 24-27 | E-137 | Ses. 3 | 21:25 | 21:30 | Drugs | K. VAN DIVER |
| | E-137 | Ses. 5 | 19:39 | 19:51 | Drugs Firearms | K. VAN DIVER |
| | E-137 | Ses. 5 | 19:59 | 20:00 | Drugs | K. VAN DIVER, WILLIAMS |
| | E-137 | Ses. 5 | 20:05 | 20:05 | Drugs | K. VAN DIVER |
| | E-137 | Ses. 5 | 20:08 | 20:11 | Drugs Firearms | K. VAN DIVER, WILLIAMS |

| | E-126 | Ses. 4 | 21:21 | 21:29 | Drugs  Firearms | K. VAN DIVER, YOUMANS |
|---|---|---|---|---|---|---|
| | E-127 | Ses. 3 | 17:48 | 17:58 | Drugs | K. VAN DIVER |
| | E-127 | Ses. 3 | 18:04 | 18:23 | Drugs | K. VAN DIVER, WILLIAMS |
| | E-127 | Ses. 3 | 18:25 | 18:26 | Drugs | K. VAN DIVER |
| | E-127 | Ses. 3 | 19:04 | 19:05 | Drugs | K. VAN DIVER |
| 28 & 29 | E-132 | Ses. 3 | 21:06:30 | 21:08:00 | Drugs | K. VAN DIVER, DAVIS III |
| | E-132 | Ses. 3 | 21:15:30 | 21:17:30 | Drugs | K. VAN DIVER, DAVIS III |
| | E-132 | Ses. 4 | 21:55:40 | 21:57:00 | Drugs | K. VAN DIVER |
| | E-132 | Ses. 4 | 22:07:00 | 22:08:00 | Drugs | K. VAN DIVER |
| | E-132 | Ses. 5 | 23:24:37 | 23:26:00 | Drugs | K. VAN DIVER |
| | E-132 | Ses. 5 | 23:33:00 | 23:37:00 | Drugs | K. VAN DIVER |
| 30 | E-123 | Ses. 4 | 17:03 | 17:06 | Witness tampering | EBELING, BLAIR |
| | E-124 | Ses. 1 | 15:52 | 15:56 | Witness tampering | BLAIR |
| | E-132 | Ses. 3 | 21:20:00 | 21:22:00 | Witness tampering | DAVIS III, K. VAN DIVER |
| 31 & 32 | E-135 | Ses. 7 | 18:02 | 18:07 | Drugs | LAHEY, K. VAN DIVER |
| | E-135 | Ses. 8 | 19:41 | 19:46 | Drugs | LAHEY, K. VAN DIVER, YOUMANS |
| | E-135 | Ses. 11 | 00:10 | 00:11 | Drugs | LAHEY |
| 33 (FIP) | E-135 | Ses. 8 | 19:41 | 19:46 | | LAHEY, K. VAN DIVER, YOUMANS |

| 34 (FIP) | N/A | | | | | |
|---|---|---|---|---|---|---|
| 35 | E-149 | Ses. 1 | 15:48:30 | 15:58:00 | Drugs | LEONARDIS |
| | E-149 | Ses. 1 | 16:02:00 | 16:03:30 | Drugs | LEONARDIS |
| | E-149 | Ses. 1 | 16:12:00 | 16:15:30 | Drugs | LEONARDIS |
| 36 | E-149 | Ses. 1 | 15:48:30 | 15:58:00 | Drugs | LEONARDIS |
| | E-149 | Ses. 9 | 13:19:00 | 13:28:00 | Drugs | DERONDE |
| | E-149 | Ses. 9 | 13:38:00 | 13:40:00 | Drugs | DERONDE |
| | E-153 | Ses. 1 | 11:36:00 | 11:40:00 | Drugs<br><br>Hit Squad | DERONDE |
| | E-157 | WMA | Entire | | Drugs | LEONARDIS |
| 37 & 38 | E-152 | Ses. 2 | 14:59 | 15:09 | Drugs | DERONDE |
| | E-153 | Ses. 2 | 12:00:00 | 12:18:00 | Drugs<br><br>Hell's Angels talk | DERONDE |
| | E-154 | | | | Drugs | DERONDE |
| | E-159 | WMA | 0:00 | 6:00 | Drugs | DERONDE |
| 39 (FIP) | N/A | | | | | |
| 41 | E-160 | | | | Drugs | DERONDE |
| 42 | Recovered during search warrant | | | | | |
| 43-47 (FIPs) | N/A | | | | | |
| Misc. Firearm | E-64 | Ses. 1 | 21:59 | 22:03 | Firearms | DAVIS III, EBELING |

|  | E-64 | Ses. 6 | 02:41 | 02:47 | Firearms | EBELING, DAVIS III |
|---|---|---|---|---|---|---|
|  | E-64 | Ses. 6 | 02:54 | 02:58 | Firearms | EBELING, DAVIS III |
|  | E-64 | Ses. 6 | 03:07 | 03:10 | Firearms | EBELING, DAVIS III |
|  | E-64 | Ses. 6 | 03:14 | 03:17 | Firearms | EBELING, DAVIS III |
|  | E-64 | Ses. 6 | 03:20 | 03:25 | Firearms | EBELING, DAVIS III |
|  | E-85 | Ses. 3 | 20:15 | 20:22 | Firearms | EBELING, BLAIR, K. VAN DIVER |
|  | E-87 | Ses. 10 | 02:01 | 02:04 | Firearms | BLAIR K. VAN DIVER DAVIS III |
|  | E-87 | Ses. 11 | 02:10:30 | 02:11:30 | Firearms | K. VAN DIVER |
|  | E-97 | Ses. 4 | 12:03 | 12:06 | Firearms | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
|  | E-102 | Ses. 2 | 11:42 | 11:44 | Firearms | EBELING, BLAIR, DAVIS III |
|  | E-101 | Ses. 4 | 22:53 | 22:53 | Firearms | EBELING |
|  | E-115 | Ses. 2 | 01:39 | 01:42 | Firearms | EBELING, BLAIR, DAVIS III, K. VAN DIVER |

| | E-116 | Ses. 1 | 20:43 | 20:45 | Firearms | EBELING, BLAIR, K. VAN DIVER, TARRATS |
|---|---|---|---|---|---|---|
| | E-116 | Ses. 1 | 21:30 | 21:32 | Firearms<br><br>Misc. club | EBELING, BLAIR, K. VAN DIVER, TARRATS, LAHEY, YOUMANS |
| | E-127 | Ses. 3 | 19:08 | 19:09 | Firearms | K. VAN DIVER |
| | E-127 | Ses. 3 | 19:33 | 19:35 | Firearms | K. VAN DIVER |
| | E-135 | Ses. 10 | 23:14 | 23:17 | Firearms | LAHEY |
| | E-123 | Ses. 2 | 15:08 | 15:15 | Drugs<br><br>Firearms | K. VAN DIVER |
| | E-126 | Ses. 4 | 20:23 | 20:32 | Drugs<br><br>Firearms<br><br>John Doe 4 Assault | K. VAN DIVER, LAHEY, YOUMANS |
| | E-126 | Ses. 4 | 21:21 | 21:29 | Drugs<br><br>Firearms | K. VAN DIVER, YOUMANS |
| | E-135 | Ses. 3 | 22:20 | 22:31 | Firearms<br><br>Misc. violence | EBELING, BLAIR |
| | E-137 | Ses. 1 | 18:29 | 18:31 | Firearms | K. VAN DIVER DAVIS III |

| | E-147 | Ses. 9 | 23:26 | 23:26 | Firearms | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
|---|---|---|---|---|---|---|
| | E-148 | Ses. 1 | 19:46 | 19:47 | Firearms | EBELING, BLAIR, K. VAN DIVER, DAVIS III, POPELASKI |
| | E-148 | Ses. 1 | 20:14 | 20:21 | Firearms<br><br>Misc. violence | EBELING, BLAIR, K. VAN DIVER, DAVIS III, POPELASKI |
| | E-147 | Ses. 9 | 23:47 | 23:50 | Ohio Assault<br><br>Firearms | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
| Misc. Drug Convers. | E-101 | Ses. 1 | 18:29 | 18:32 | Drugs | K. VAN DIVER, BLAIR (@ end) |
| | E-101 | Ses. 2 | 19:42 | 19:43 | Drugs | K. VAN DIVER |
| | E-101 | Ses. 2 | 19:47 | 19:48 | Drugs | K. VAN DIVER |
| | E-101 | Ses. 9 | 20:34 | 20:37 | Drugs | PACIO |
| | E-123 | Ses. 2 | 14:49 | 14:50 | Drugs | K. VAN DIVER |
| | E-123 | Ses. 2 | 15:08 | 15:15 | Drugs<br><br>Firearms | K. VAN DIVER |

17

| | E-126 | Ses. 4 | 20:13 | 20:16 | Drugs | K. VAN DIVER, LAHEY, YOUMANS |
|---|---|---|---|---|---|---|
| | E-126 | Ses. 4 | 20:23 | 20:32 | Drugs<br><br>Firearms<br><br>John Doe 4 Assault | K. VAN DIVER, LAHEY, YOUMANS |
| | E-126 | Ses. 4 | 21:21 | 21:29 | Drugs<br><br>Firearms | K. VAN DIVER, YOUMANS |
| | E-127 | Ses. 3 | 17:48 | 17:58 | Drugs | K. VAN DIVER |
| | E-139 | Ses. 4 | 18:42 | 18:43 | Drugs | K. VAN DIVER |
| | E-139 | Ses. 4 | 18:50 | 18:53 | Drugs | K. VAN DIVER |
| | E-148 | Ses. 1 | 21:02 | 21:06 | Drugs | K. VAN DIVER |
| Misc. Convers. (enterprise, Hell's Angels, violence, prior crimes, etc.) | E-039 | Second recording | 2 ½ hours into the recording | 5 hours and 12 minutes into the recording | Misc. club<br><br>Hell's Angels talk | EBELING, BLAIR, K. VAN DIVER ROB. HAMILTON |
| | E-46 | Ses. 1 | 10:59 | 11:01 | Threat to undercover | K. VAN DIVER |
| | E-46 | Ses. 1 | 11:14 | 11:21 | Misc. club | K. VAN DIVER |
| | E-46 | Ses. 1 | 11:30 | 11:31 | Misc. violence | K. VAN DIVER |
| | E-46 | Ses. 1 | 12:11 | 12:12 | Trucker | K. VAN DIVER |
| | E-46 | Ses. 2 | 12:25 | 12:28 | Misc. violence | K. VAN DIVER |

| | E-63B | Ses. 5 | | | Misc. Violence | EBELING,<br>BLAIR,<br>K. VAN DIVER,<br>LAHEY,<br>YOUMANS,<br>DAVIS III |
|---|---|---|---|---|---|---|
| | E-64 | Ses. 4 | 00:06 | 00:10 | Misc. violence | EBELING,<br>DAVIS III, |
| | E-64 | Ses. 5 | 01:08 | 01:11 | Misc. violence | EBELING,<br>DAVIS III |
| | E-64 | Ses. 5 | 01:20 | 01:24 | Misc. violence | EBELING,<br>DAVIS III |
| | E-64 | Ses. 5 | 01:49 | 01:53 | Misc. violence | EBELING,<br>DAVIS III |
| | E-64 | Ses. 6 | 03:40 | 03:44 | Prior Assault | EBELING,<br>DAVIS III |
| | E-72 | Ses. 1 | 06:05 | 06:16 | Misc. club | BLAIR,<br>DAVIS III |
| | E-72 | Ses. 1 | 06:47 | 06:55 | Bennett murder | BLAIR,<br>DAVIS III |
| | E-73 | Ses. 4 | 15:58 | 16:05 | Misc. club | BLAIR,<br>DAVIS III |
| | E-73 | Ses. 4 | 17:14 | 17:19 | Trucker misc. | BLAIR,<br>DAVIS III,<br>T. VAN DIVER |
| | E-74 | Ses. 5 | 09:44 | 09:46 | Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |

| | E-74 | Ses. 6 | 10:05 | 10:45 | Misc. club<br><br>West Virginia indictment<br><br>Bennett murder | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
|---|---|---|---|---|---|---|
| | E-88 | Ses. 2 | 19:32 | 19:46 | Misc. statements | BLAIR |
| | E-88 | Ses. 2 | 20:02 | 20:03 | Misc. statements | BLAIR |
| | E-88 | Ses. 2 | 20:27 | 20:29 | Misc. statements | BLAIR |
| | E-88 | Ses. 2 | 21:05 | 21:06 | Misc. statements | BLAIR |
| | E-88 | Ses. 4 | 01:29 | 01:40 | Misc. statements | BLAIR,<br>PACIO,<br>LEGG |
| | E-101 | Ses. 5 | 02:02 | 02:04 | Misc. | EBELING,<br>FOWLER |
| | E-102 | Ses. 2 | 12:25 | 12:30 | Misc. club | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-103 | Ses. 6 | 12:15 | 12:17 | Misc. pagan | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-103 | Ses. 6 | 12:34 | 12:37 | Misc. pagan | EBELING,<br>BLAIR,<br>DAVIS III,<br>K. VAN DIVER |
| | E-106A2 | Ses. 2 | 14:02 | 14:22 | Misc. club | BLAIR |
| | E-110 | Ses. 3 | 17:26 | 17:27 | Misc. statements | EBELING,<br>DAVIS III |
| | E-110 | Ses. 3 | 18:46 | 18:47 | Misc. statements | EBELING,<br>DAVIS III |

| | E-110 | Ses. 7 | 21:25 | 21:26 | Misc. statements | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
|---|---|---|---|---|---|---|
| | E-110 | Ses. 9 | 11:54 | 11:56 | Misc. club | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| | E-115 | Ses. 10 | 22:37 | 22:40 | Misc. club | EBELING, BLAIR, K. VAN DIVER, LAHEY, YOUMANS |
| | E-115 | Ses. 10 | 00:24 | 00:40 | Misc. club | EBELING, BLAIR, K. VAN DIVER, LAHEY, YOUMANS |
| | E-116 | Ses. 1 | 21:07 | 21:07 | Misc. club | EBELING, BLAIR, K. VAN DIVER, TARRATS |
| | E-116 | Ses. 1 | 21:42 | 22:00 | Misc. club  Proposed assault | EBELING, BLAIR, K. VAN DIVER, TARRATS, LAHEY, YOUMANS |

| | E-116 | Ses. 1 | 22:07 | 22:11 | Proposed assault | EBELING, BLAIR, K. VAN DIVER, TARRATS, LAHEY, YOUMANS |
|---|---|---|---|---|---|---|
| | E-125 | Ses. 1 | 16:29 | 16:33 | Misc. club | EBELING, BLAIR, DAVIS III, K. VAN DIVER, LEGG |
| | E-125 | Ses. 1 | 16:35 | 16:39 | Misc. club | EBELING, BLAIR, DAVIS III, K. VAN DIVER, LEGG |
| | E-125 | Ses. 1 | 16:44 | 16:45 | Misc. statements | EBELING, BLAIR, DAVIS III, K. VAN DIVER, LEGG |
| | E-125 | Ses. 1 | 16:53 | 16:54 | Misc. statements | EBELING, BLAIR, DAVIS III, K. VAN DIVER, LEGG |
| | E-127 | Ses. 3 | 18:00 | 18:01 | Misc. violence | K. VAN DIVER |
| | E-127 | Ses. 3 | 18:34 | 18:42 | Bennett murder | K. VAN DIVER |
| | E-135 | Ses. 1 | 13:52 | 13:56 | Misc. violence | EBELING, BLAIR |
| | E-135 | Ses. 1 | 14:26 | 14:27 | Misc. violence | EBELING, BLAIR |

| | E-135 | Ses. 3 | 22:07 | 22:14 | Misc. violence | EBELING, BLAIR |
|---|---|---|---|---|---|---|
| | E-135 | Ses. 3 | 22:45 | 22:50 | Misc. violence<br><br>Misc. club | EBELING, BLAIR |
| | E-135 | Ses. 8 | 20:09 | 20:12 | Misc. club | BLAIR |
| | E-136A | MPEG 3 | 13:16 | 13:45 | Misc. club | EBELING, BLAIR, DAVIS III, K. VAN DIVER |
| | E-139 | Ses. 2 | 14:38 | 14:41 | Misc. violence | EBELING, BLAIR |
| | E-139 | Ses. 9 | 12:16 | 12:22 | Misc. prior crimes | BLAIR |
| | E-139 | Ses. 10 | 12:50 | 12:59 | Misc. financial | EBELING, BLAIR, DAVIS III |
| | E-139 | Ses. 10 | 14:06 | 14:07 | Misc. club | EBELING, BLAIR, DAVIS III |
| | E-139 | Ses. 10 | 14:31 | 14:32 | Misc. financial | EBELING, BLAIR, DAVIS III |
| | E-141 | Ses. 2 | 20:15 | 20:19 | Misc. financial | LEGG |
| | E-141 | Ses. 2 | 20:41 | 20:42 | Misc. violence | LEGG, DERONDE & other Pagans @ Regional Diamonds meeting in PA |
| | E-141 | Ses. 2 | 21:00 | 21:01 | Misc. club | LEGG |
| | E-141 | Ses. 8 | 16:49 | 16:54 | Misc. financial | LEGG |
| | E-142 | Ses. 7 | 12:21:10 | 12:42:20 | Lahey's Party | BLAIR, LAHEY, YOUMANS |

| | E-142 | Ses. 9 | 13:06:08 | 14:08:40 | Lahey's Party | YOUMANS, DAVIS III |
|---|---|---|---|---|---|---|
| | E-142 | Ses. 11 | 16:35:41 | 16:58:40 | Lahey's Party | YOUMANS |
| | E-142 | Ses. 12 | 17:28:11 | 17:43:07 | Lahey's Party | CUEVAS, EBELING, BLAIR, LAHEY |
| | E-142 | Ses. 17 | 13:40:53 | 15:03:46 | Lahey's Party | |
| | E-144A | MPEG 3 | 20:28 | 20:31 | Misc. club | BLAIR, DAVIS III |
| | E-144A | MPEG 4 | 20:52 | 21:09 | Ohio Assault<br><br>Misc. club<br><br>Hell's Angels talk | CUEVAS, EBELING, BLAIR, DAVIS III, FOWLER, LEGG |
| | E-144A | MPEG 5 | 21:10 | 21:38 | Ohio Assault<br><br>Misc. club<br><br>Hell's Angels talk<br><br>Financial | CUEVAS, EBELING, BLAIR, DAVIS III, FOWLER, LEGG |
| | E-144A | MPEG 6 | 21:38 | 21:51 | Misc. club | CUEVAS, EBELING, BLAIR, DAVIS III, FOWLER, LEGG |
| | E-145 | Ses. 2 | 17:39 | 17:48 | Ohio Assault | EBELING, BLAIR |

| | E-145 | Ses. 7 | 20:38 | 20:42 | Misc. club<br><br>Hell's Angels talk<br><br>Bennett murder | BLAIR |
|---|---|---|---|---|---|---|
| | E-145 | Ses. 7 | 20:45 | 20:47 | Misc. club | BLAIR |
| | E-145 | Ses. 9 | 13:05 | 13:10 | Misc. financial | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-145 | Ses. 9 | 13:14 | 14:04 | Ohio Assault<br><br>Misc. club<br><br>Hell's Angels talk | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-145 | Ses. 9 | 14:11 | 14:14 | Ohio Assault – Motorcycle<br><br>Misc. club | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-145 | Ses. 9 | 14:25 | 14:26 | Swan Lake Assault | EBELING,<br>BLAIR,<br>DAVIS III |
| | E-145 | Ses. 9 | 14:58 | 15:09 | Destructive Device<br><br>Hell's Angels talk | EBELING,<br>BLAIR |
| | E-145 | Ses. 10 | 19:23 | 19:27 | Misc. club | BLAIR,<br>POPELASKI |
| | E-145 | Ses. 11 | 20:04 | 20:10 | Misc. club | EBELING,<br>BLAIR,<br>DAVIS III,<br>POPELASKI |

| | E-145 | Ses. 11 | 20:17 | 20:18 | Misc. club | EBELING, BLAIR, DAVIS III, POPELASKI |
|---|---|---|---|---|---|---|
| | E-147 | Ses. 3 | 13:30 | 13:37 | Swan Lake Assault, Misc. financial | BLAIR |
| | E-147 | Ses. 3 | 13:49 | 13:50 | Swan Lake Assault Misc. financial | BLAIR |
| | E-147 | Ses. 3 | 14:13 | 14:14 | Misc. club | BLAIR |
| | E-147 | Ses. 3 | 14:16 | 14:25 | Misc. club | BLAIR |
| | E-147 | Ses. 3 | 14:43 | 14:43 | Misc. club | BLAIR |
| | E-147 | Ses. 3 | 15:42 | 15:44 | Swan Lake Assault | BLAIR |
| | E-147 | Ses. 3 | 15:46 | 15:46 | Misc. club Misc. violence | BLAIR |
| | E-147 | Ses. 3 | 15:51 | 15:53 | Misc. club Misc. violence | BLAIR |
| | E-147 | Ses. 4 | 16:48 | 16:53 | Swan Lake Assault | BLAIR |
| | E-147 | Ses. 5 | 19:23 | 19:26 | Swan Lake Assault Misc. violence | BLAIR, EBELING, K. VAN DIVER, DAVIS III POPELASKI |
| | E-147 | Ses. 6 | 19:55 | 19:59 | Swan Lake Assault | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |

26

| | E-147 | Ses. 6 | 20:29 | 21:12 | Swan Lake Assault | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
| | | | | | Hell's Angels talk | |
| | | | | | Misc. club | |
| | | | | | Misc. financial | |
| | E-147 | Ses. 6 | 20:29 | 21:12 | Swan Lake Assault | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
| | | | | | Hell's Angels talk | |
| | | | | | Misc. club | |
| | | | | | Misc. financial | |
| | E-147 | Ses. 6 | 21:27 | 22:41 | Swan Lake Assault | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
| | | | | | Hell's Angels talk | |
| | | | | | Misc. club | |
| | | | | | Misc. financial | |
| | E-147 | Ses. 6 | 21:27 | 22:41 | Swan Lake Assault | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
| | | | | | Hell's Angels talk | |
| | | | | | Misc. club | |
| | | | | | Misc. financial | |
| | E-147 | Ses. 8 | 22:59 | 23:09 | Misc. Popelaski | POPELASKI |

| | E-147 | Ses. 9 | 23:29 | 23:33 | Misc. violence | BLAIR, EBELING, K. VAN DIVER, DAVIS III, POPELASKI, LAHEY |
|---|---|---|---|---|---|---|
| | E-148 | Ses. 1 | 18:45 | 18:47 | Swan Lake Assault | EBELING, BLAIR, K. VAN DIVER, DAVIS III |
| | E-148 | Ses. 1 | 19:25 | 19:40 | Swan Lake Assault<br><br>Hell's Angels talk | EBELING, BLAIR, K. VAN DIVER, DAVIS III, POPELASKI |
| | E-148 | Ses. 1 | 21:17 | 21:25 | Swan Lake Assault<br><br>Misc. club | EBELING, BLAIR, K. VAN DIVER, DAVIS III, POPELASKI |
| | E-148 | Ses. 1 | 21:27 | 21:27 | Misc. club | EBELING, BLAIR |
| | E-148 | Ses. 1 | 21:29 | 21:36 | Swan Lake Assault | EBELING, BLAIR |
| | E-148 | Ses. 1 | 21:45 | 21:49 | Misc. club | EBELING, BLAIR |
| | E-148 | Ses. 2 | 22:00 | 22:13 | Misc. club<br><br>COMANCHE<br><br>DOC and TOMMY issues | EBELING, BLAIR |
| | E-148 | Ses. 2 | 22:23 | 22:26 | Misc. violence | EBELING, BLAIR |

| | E-148 | Ses. 6 | 22:09 | 22:10 | | EBELING, BLAIR, POPELASKI |
|---|---|---|---|---|---|---|
| | E-152 | Ses. 1 | 15:12 | 15:26 | Misc. club | BLAIR |
| | E-152 | Ses. 1 | 15:31 | 15:50 | Misc. club | BLAIR |
| | E-152 | Ses. 2 | 14:26 | 14:38 | Hit Squad | DERONDE |
| | E-152 | Ses. 2 | 14:45 | 14:48 | Hit Squad | DERONDE |
| | E-152 | Ses. 1 | 15:12 | 15:26 | Misc. club | BLAIR |
| | E-153 | Ses. 1 | 11:44:00 | 11:46:30 | Misc. club | DERONDE |
| | E-156 | Ses. 2 | 16:26:47 | 16:36:30 | Insurance Fraud | BLAIR |
| | E-156 | Ses. 2 | 16:39:30 | 16:50:00 | Insurance Fraud | BLAIR |